


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>SEARCH WARRANT FOR: A) ONE ALCATEL CELLULAR TELEPHONE; (B) ONE KYOCERA CELLULAR TELEPHONE; AND (C) ONE GARMIN GPS DEVICE | CASE NO. 1:15 SW 00073 SKO<br><br>**UNDER SEAL**<br><br>ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT |

Before the Court is the Government's motion for an order requiring Google, Inc. ("Google") to assist law enforcement agents in the search of two Android Devices. Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Google assist law enforcement agents in the examination of:

    a)    One Alcatel cellular telephone, model One Touch 5020T, further described by unique identifying numbers NL3197JF06OHX, 5020T-2AWFUS1-R, and 013778009323037, also containing an additional Subscriber Identity Module (SIM card) within the casing of the phone; and

    b)    One Kyocera cellular telephone, model C6730, further described by unique identifying serials DEC:256691412903576214 and HEX: 99000051369196;

acting in support of a search warrant issued separately by this Court;

    FURTHER ORDERED that Google shall, if necessary, reactivate the Google account associated with the Android Device;

///

Order Under All Writs Act            1

FURTHER ORDERED that Google shall: (1) provide a single password reset for the mobile devices; (2) provide the new passwords to the law enforcement officer executing the search warrant; and (3) upon unlocking the target mobile devices, again reset the Google account password promptly upon notice that the imaging of the phone is complete, without providing it to the law enforcement officer or agency so as to prevent future access;

FURTHER ORDERED that the reset process need not be unobtrusive, notice to one or more accounts of the reset may be given, and such notice is not a violation of any seal or nondisclosure requirement;

FURTHER ORDERED that the law enforcement agent executing the search warrant is prohibited from using or attempting to use the new password to attempt to access any online accounts other than as synchronized on and stored in memory within the target device at the time of execution of the warrant.

DATED: 3-27-, 2015

Honorable Lawrence J. O'Neill
United States Magistrate Judge